IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK ANTHONY OTT,

                            ORDER

            Plaintiff,

                          11-cv-382-slc[1]

    v.

LT. GOETTLE,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on November 1, 2011, I granted plaintiff Mark Ott leave to proceed on his Eighth Amendment claims against defendant Goettle.  However, because plaintiff had not been in communication with the court since September 23, 2011, I gave him until November 18, 2011 in which to advise the court whether he wished to continue with this lawsuit.  Plaintiff was informed that if he failed to respond to the November 1 order, I would dismiss this lawsuit without prejudice to plaintiff's refiling it at a later date.

It is now November 29, 2011 and plaintiff has not responded to the November 1 order.  Accordingly, his case will be dismissed.

---

[1] I am exercising jurisdiction over this case for the purpose of this order.

1

ORDER

IT IS ORDERED that plaintiff Mark Ott's case is DISMISSED without prejudice for

plaintiff's failure to prosecute it.

Entered this 29th day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2