IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK ANTHONY OTT,

    Plaintiff,

v.

PAMELA WALLACE, SGT. BOOS and
LT. GOETTLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-382-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Mark Anthony Ott's failure to prosecute.

_____    12/1/2011
Peter Oppeneer, Clerk of Court         Date